UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-21300-CV-MARTINEZ

RAUL QUINTANA,

    Plaintiff,

v.

TRANSPORTATION AMERICA, INC.,
LIMOUSINES OF SOUTH
FLORIDA, INC., *et al.*,

    Defendants.

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation ("R&R") on Defendants' Motion to Compel Arbitration (DE 14). Magistrate Judge Otazo-Reyes filed an R&R recommending that Defendants' Motion to Compel Arbitration be granted. (DE 38). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 38) is **AFFIRMED** and **ADOPTED**. Defendants' Motion to Compel Arbitration (DE 10) is **GRANTED**. This matter shall be **STAYED** pending arbitration and the Clerk is directed to mark this case administratively **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2020.

                                                                                 JOSE E. MARTINEZ
                                                                                 UNITED STATES DISTRICT JUDGE